IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMMIA JOHNSTON, | CIVIL ACTION NO.: 22-cv-04340-KSM |
| Plaintiff, | |
| v. | |
| EUPHORIC HOME CARE SERVICES LLC, *et al.* | |
| Defendants. | |

## STIPULATED JUDGMENT & ORDER

This Stipulated Judgment is made and entered into by and between Plaintiff Jimmia Johnston ("Plaintiff"), Defendant Euphoric Home Care Services, LLC ("Euphoric"), Defendant Shadia Smith ("Shadia Smith") (together with Euphoric, "Defendants") and Euphoric's Co-Owner with Defendant Shadia Smith, Syrita Smith ("Syrita Smith") (collectively with Defendants, "Debtors") (together with Plaintiff, the "Parties").

WITNESSETH:

WHEREAS, on October 28, 2022, Plaintiff filed a Complaint against Defendants Euphoric and Shadia Smith in the above-captioned matter, alleging that Defendants violated the Fair Labor Standards Act ("FLSA") and Pennsylvania Minimum Wage Act ("PMWA") by failing to pay her overtime compensation for all hours worked over forty (40) in a workweek.

WHEREAS, Sryita Smith is a member and co-owner of Defendant Euphoric Home Care Services, LLC;

WHEREAS, Debtors admit that they failed to pay Plaintiff overtime compensation for all hours worked over forty (40) in violation of the FLSA and PMWA, but nevertheless contest

certain allegations of Plaintiff's Complaint and the amount of relief to which Plaintiff is entitled under the FLSA and PMWA;

WHEREAS, rather than litigating the issues, the Parties have determined that it is in their respective best interests to enter into this Stipulated Judgment.

NOW, THEREFORE, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

1. By consent of the Parties, judgment shall be entered in the above-captioned civil matter in favor of Plaintiff and against Defendant Euphoric Home Care Services, LLC, Defendant Shadia Smith, and Syrita Smith in the amount of Sixty-Five Thousand Dollars ($65,000.00) ("Judgment"), jointly and severally.

2. All payments are to be made payable to "Murphy Law Group, LLC" at Eight Penn Center, Suite 2000, 1628 John F. Kennedy Blvd., Philadelphia, PA 19103.

3. Following the entry of the Judgment, Plaintiff shall be permitted to take steps in furtherance of execution proceedings and/or proceedings in aid of execution of any kind or nature whatsoever against Defendant Euphoric, Defendant Shadia Smith, and/or Syrita Smith in connection with or related to the total amount of the Judgment, plus accrued interest.

4. Interest shall accrue upon the Judgment at the legal rate of interest of 6% per annum from the date this Stipulation for Entry of Judgment is approved by the Court.

5. Upon payment of the full Judgment amount, Plaintiff shall file a Notice of Satisfaction of Judgment with the Court.

6. The terms of the Stipulated Judgment embody the entire understanding and agreement between and among the Parties with respect to the subject matter hereof. Any prior agreements between Plaintiff and Debtors, whether written or oral, are hereby merged into this

Doc ID: 8a154def45422dbeec32d262fd64644a370097cf

Stipulation of Entry of Judgment. The terms of this Stipulated Judgment may not be modified except by a further writing signed by the Parties or their authorized agents.

WHEREFORE, the Parties respectfully request this Honorable Court to approve the terms of this Stipulated Judgment and enter an Order pursuant to the terms of this Stipulated Judgment.

**Plaintiff**

Dated: 05 / 30 / 2023

_____
Jimmia Johnston

**Debtors**

Dated: 5/23/23

Euphoric Home Care Services, LLC
_____
Name:
Title: Owner

Dated: 5/23/23

_____
Shadia Smith

Dated: 5/23/23

_____
Syrita Smith

**APPROVED BY THE COURT:**

_____
The Honorable Karen S. Marston

Dated: _____

Doc ID: 8a154def45422dbeec32d262fd64644a370097cf